**No. P66/162.**—Durst Industries, Inc. *v.* United States, protests 65/18615 and 65/18047 (New York).

RAO, C.J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rotary lawn sprinklers or metal parts thereof, dedicated for use therewith, similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, JULY 21, 1966

**No. P66/163.**—Thoresen, Inc., and Rohner Gehrig & Co., Inc. *v.* United States, protest 64/16113 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of lawn sprinklers similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiffs was sustained.

**No. P66/164.**—Durst Industries, Inc. *v.* United States, protest 65/15440 (New York).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of rotary lawn sprinklers or metal parts thereof, dedicated for use therewith, similar in all material respects to those the subject of *The Durst Mfg. Co., Inc.* v. *United States* (50 CCPA 56, C.A.D. 820), the claim of the plaintiff was sustained.